IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BRIDGESTONE BANDAG, LLC, an Iowa Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> DIGBY ADLER GROUP LLC d/b/a BANDAGO, a California Limited Liability Company, <br><br> Defendant. | Civil Action No.: 3:14-cv-0097 <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Bridgestone Bandag, LLC hereby gives notice that it has reached a resolution with Defendant and has agreed to dismiss its claims without prejudice, with each party to bear its own costs and fees. To date, no answer has been filed.

Respectfully submitted,

/s/ Heather J. Hubbard
Robert E. Boston (TN Bar No. 9744)
Heather J. Hubbard (TN Bar No. 023699)
WALLER, LANSDEN, DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380 (phone)
(615) 244-6804 (fax)
bob.boston@wallerlaw.com
heather.hubbard@wallerlaw.com

1

/s/ Mark J. Liss
Mark J. Liss (admitted *pro hac vice*)
Angela J. Baylin (admitted *pro hac vice*)
LEYDIG, VOIT & MAYER, LTD.
180 N. Stetson Avenue
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601-6780
(312) 616-5600 (phone)
(312) 616-5700 (fax)
mliss@leydig.com
abaylin@leydig.com

## CERTIFICATE OF SERVICE

I do hereby certify that on February 24, 2011, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. A copy has been served on the Defendant's attorney via U.S. Mail postage prepaid as follows:

Karl Kronenberger
Kronenberger Rosenfeld, LLP
150 Post Street, Suite 520
San Francisco, California 94108

s/ Heather J. Hubbard
Counsel for Plaintiff